**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| LEROY ROLLAND, on behalf of himself and all others similarly situated, | ) ) ) Case No. 1:18-cv-00689 |
| Plaintiff, | ) ) Judge Michael R. Barrett |
| vs. | ) ) |
| ALLIED COMMUNICATIONS CORP. d/b/a BOOST MOBILE, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff Leroy Rolland asks the Court to dismiss his claims, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. 33). Through counsel, he represents that his request is unopposed, which is consistent with the discussion held during the January 21, 2021 Status Conference. Rule 41(a)(1)(A)(ii) anticipates a stipulation of dismissal signed by all parties who have appeared, however, which is lacking here. Instead, pursuant to Fed. R. Civ. P. 41(a)(2), the Court hereby **ORDERS** that Plaintiff Leroy Rolland's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

/s/ *Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court